UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH J.M. OBERG,<br><br>                Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. C09-5526RBL-KLS<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation [Dkt. #35], and the remaining record, does hereby find and ORDER:

(1)  the Court adopts the Report and Recommendation;

(2)  the administrative decision is AFFIRMED;

(3)  the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 30th day of December, 2010.

                                        /s/ Ronald B. Leighton<br>
                                        RONALD B. LEIGHTON<br>
                                        UNITED STATES DISTRICT JUDGE

ORDER - 1