# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBORAH J.M. OBERG

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5526RBL/KLS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

|  |  |
|---|---|
| January 5, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk